B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: Justina W Jackson        Case No. 12 B 07420
       Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ 76.50    on or before 4/23/2012

   $ 76.50    on or before 5/23/2012

   $ 76.50    on or before 6/22/2012

   $ 76.50    on or before 7/23/2012

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
                                                                  (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: 3/26/2012        _Donald R. Cassling_ AM
                       United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. |
| Justina W Jackson, ) | |
| ) | 12 B 07420 |
| Debtor. ) | |
| ) | |
| ) | |

## CERTIFICATE OF MAILING

I, Annette McClendon, certify that on March 26, 2012, I caused copies of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** to be served to the parties listed below via First Class Mail(**) and/or electronically via the Court's electronic notification system:

**Justina W Jackson (**)**
1501 Darien Lake Dr
#210
Darien, IL 60561

**David E Grochocinski**
Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL 60462

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

_Annette McClendon_
Annette McClendon
Relief Courtroom Deputy